DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHANCE MCCLAIN ESQ.,** Third Party, and **DOMINIQUE M. BARTEET,**
Appellants,

v.

**GEORGE J. JANSSEN,**
Appellee.

No. 4D17-0978

[March 15, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dana M. Santino, Judge; L.T. Case No. 502016CA005039XXXXMB.

Chance McClain of Law Office of Chance McClain, Lake Park, for appellant Dominique M. Barteet.

Jason Ari Smith and Michael P. Hamaway of Mombach, Boyle, Hardin & Simmons, P.A., Fort Lauderdale, for appellee George J. Janssen.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***